SAMUELS & SAMUELS, for plaintiff in error.

EMIL A. MEYER, for defendant in error.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

BUILDING AND CONSTRUCTION CONTRACTS, § 40*—*when owner may not retain money under contract to pay liens.* Where a building contract provided that the owner might retain out of any money due the contractor an amount sufficient to indemnify him against any lien or claim chargeable to the contractor for which, if established, the owner might be liable, and there was a subcontractor's lien filed but no suit was brought thereon, *held* in an action by the contractor against the owner for the balance due under the contract brought more than four months after the time final payment was due the subcontractor, and within which period a petition to enforce such lien should have been filed, that the subcontractor's lien filed constituted no defense to such action.

### The People of the State of Illinois, Defendant in Error, v. Arthur Meyers, Plaintiff in Error.

### Gen. No. 22,625. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 22, 1917.

### Statement of the Case.

Information by the People of the State of Illinois, plaintiff, against Arthur Meyers, defendant, for violation by defendant of Rev. St. ch. 38, sec. 57a1 [Cal.

*See **Illinois Notes Digest, Vols. XI to XV,** and **Cumulative Quarterly,** same topic and section number.

Ill. St. Supp. 1916, ¶ 3591(1)], providing for a penalty for being an inmate of a house of prostitution. From a judgment of conviction, upon trial by the court, and sentence of six months, defendant brings error.

ARTHUR H. SIMMS, for plaintiff in error.

MACLAY HOYNE, for defendant in error.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. DISORDERLY HOUSE, § 6*—*when evidence sufficient to sustain conviction for being inmate of house of prostitution.* Evidence *held* sufficient to sustain a finding, beyond all reasonable doubt, of defendant's guilt as charged in an information, under Rev. St. ch. 38, sec. 57a1 [Cal. Ill. St. Supp. 1916, ¶ 3591 (1)], providing for a penalty for being an inmate of a house of prostitution.

2. CRIMINAL LAW, § 150*—*when particeps criminis is competent.* A *particeps criminis* is a competent witness under an information for violation of Rev. St. ch. 38, sec. 57a1 [Cal. Ill. St. Supp. 1916, ¶ 3591(1)], providing for a penalty for being an inmate of a house of prostitution.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.